**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Devon THOMAS, Defendant–Appellant.**

**No. 06–11562**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Aug. 8, 2007.

Mark Clifford Katzef, Law Offices of Mark C. Katzef, P.A., Aventura, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and HULL, Circuit Judges.

PER CURIAM:

Mark C. Katzef, appointed counsel for Devon Thomas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Thomas's convictions and sentences are affirmed.

While Thomas's counsel filed an *Anders* brief, we recognize that Thomas filed *pro se* another brief attempting to raise six claims of ineffective assistance of counsel. Because claims of ineffective assistance of counsel are best presented in a 28 U.S.C. § 2255 motion rather than on direct appeal, we decline to consider these claims. *See Massaro v. United States,* 538 U.S. 500, 504–05, 508, 123 S.Ct. 1690, 1693–94, 1696, 155 L.Ed.2d 714 (2003).

**AFFIRMED.**